LAW OFFICES OF SUSANA M. MAHADY
Susana M. Mahady, Esq. (SBN 159442)
4365 Executive Drive, Ste. 1460
San Diego CA 92121
Tele: (858) 526-3050; Fax: (858) 526-3055
smahady@mahadylaw.com

Attorneys for Defendant
WALTER ANDY ANDERSEN, TRUSTEE WALTER A ANDERSEN TRUST; ROLARO CORPORATION

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>        Plaintiff,<br><br>v.<br><br>BYRDIE A. ANDERSEN, an individual and representative capacity as trustee; WALTER A. ANDERSEN, in individual and representative capacity as trustee; ROLARO CORPORATION, a California Corporation; and DOES 1-10,<br><br>        Defendants. | Case No. 15-cv-642-L-NLS<br><br>**DECLARATION OF SUSANA M. MAHADY IN SUPPORT OF DEFENDANTS WALTER ANDERSEN, TRUSTEE WALTER A ANDERSEN TRUST AND ROLARO CORPORATION'S MOTION TO ENFORCE THE SETTLEMENT**<br><br>*NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT*<br><br>Hearing:     November 30, 2015<br>Time:         10:00 a.m.<br>Magistrate: Hon. Nita L. Stormes<br>Ctrm:         Room 1210<br><br>Judge:        Hon. M. James Lorenz<br>Courtroom: 5-B (5th Floor-Schwartz)<br>                   Suite 5145 |

I, SUSANA M. MAHADY, declare as follows:

     1.    I am an attorney at law licensed to practice before all courts in the State of California, and am a principal at the Law Offices of Susana M. Mahady, attorneys of record for Defendants WALTER ANDY ANDERSEN, TRUSTEE WALTER A ANDERSEN TRUST; ROLARO CORPORATION. I have personal

1

1  firsthand knowledge of the following and if called as a witness would and could
2  competently testify to the following.

3    2. In or about April 16, 2015, I initiated settlement discussions with Phyl
4  Grace, counsel for Plaintiff Chris Langer. At the time, I notified Ms. Grace that
5  remediation had been completed and conveyed a settlement offer. Ms. Grace
6  responded that she could not accept the offer but made a counteroffer of a
7  monetary sum plus remediation. (*See,* Email communications dated April 16 and
8  17, 2015, attached hereto as Exhibit A and incorporated by this reference).

9    3. On April 28, 2015, we reached an agreement for the monetary amount
10 plus remediation. (See, Exhibit "B" attached hereto and incorporated herein by
11 this reference).

12   4. Prior to reaching the settlement, Ms. Grace never made confidentiality
13 a term of the Plaintiff offer or any of the counteroffers, nor was confidentiality ever
14 negotiated or discussed as part of a settlement.

15 I declare under penalty of perjury under the laws of the United States of
16 America that the foregoing is true and correct. Executed on October 19, 2015, in
17 San Diego, California.

            /s/ *Susana M. Mahady*
            Susana M. Mahady

**2**

*DECLARATION OF SUSANA M. MAHADY IN SUPPORT OF DEFENDANTS WALTER ANDERSEN, TRUSTEE WALTER A ANDERSEN TRUST AND ROLARO CORPORATION'S MOTION TO ENFORCE THE SETTLEMENT*
CASE NO. 15-CV642-L-NLS

# EXHIBIT A

| | |
|---|---|
| **From:** | Phyl Grace |
| **To:** | Susana Mahady |
| **Subject:** | Langer v. Anderson, Byrdie |
| **Date:** | Thursday, April 16, 2015 9:52:47 PM |

Ms. Mahady:

Thank you for your recent communication regarding the above-referenced matter.  Your efforts at resolution are very much appreciated.

While we are unable to accept the offer of $3,500, we are able to counter in the amount of $10,500, in addition to bringing the issues addressed in the Complaint into compliance.  If this is acceptable, we will forward a settlement agreement for review and execution.

Thank you for your courtesy.

Very truly yours,

**Phyl Grace**
Attorney
PhylG@PotterHandy.com
Please note the address change
Ph: (858) 375-7385
Fx: (888) 422-5191
POTTER HANDY, LLP
**New Mailing Address:**
**P.O. Box 262490**
**San Diego, CA 92196-2490**
Delivery Address:
9845 Erma Road Suite 300
San Diego, CA  92131



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to info@potterhandy.com. *Tax Opinion Disclaimer:* To comply with IRS regulations, we advise that any discussion of Federal tax issues in this E-mail was not intended or written to be used, and cannot be used by you, (i) to avoid any penalties imposed under the Internal Revenue Code or, (ii) to promote, market or recommend to another party any transaction or matter addressed herein.

---

**From:** Susana Mahady [mailto:smahady@mahadylaw.com]
**Sent:** Thursday, April 16, 2015 2:16 PM
**To:** Phyl Grace
**Subject:** Rolaro Corp.Langer

Hi Phyl,
Per our discussion, I am attaching a photo of the repainted parking space for your review.  As I mentioned to you, this establishment is a small business that was served with a duplicate lawsuit in State Court.  Immediately upon receiving your complaint, your client's concern was corrected.  Given the minimal expenditures thus far, the fact that no physical inspection is necessary and the circumstances surrounding my client's need to defend against two duplicate claims, I ask that you urge your client to accept his offer of $3500.  Please let me know at your earliest opportunity.
Thank you,
Susana

---

**Susana M. Mahady** | Attorney at Law

LAW OFFICES OF SUSANA M. MAHADY
4365 Executive Drive, Suite 1460
San Diego, CA 92121
Tel: 858.526.3050 | Fax: 858.526.3055
smahady@mahadylaw.com | www.mahadylaw.com

*This e-mail and any attachments contain confidential information that may be protected by the attorney-client privilege and/or the work product doctrine. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and delete the message and any attachments.  **Circular 230 Notice**: In compliance with U.S. Treasury Regulations, please be advised that any tax advice given herein (or in any attachment) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.*

🌲 **Please consider the environment before printing this e-mail**.

# EXHIBIT B

**Susana Mahady**

**To:** Phyl Grace
**Subject:** RE: Langer v. Anderson, Byrdie

**From:** Phyl Grace [mailto:PhylG@potterhandy.com]
**Sent:** Tuesday, April 28, 2015 11:05 PM
**To:** Susana Mahady
**Subject:** RE: Langer v. Anderson, Byrdie

I have authority for 7k. I will forward a settlement agreement.

As to other settlement terms, our settlement agreement includes a confidentiality provision, as well as mutual releases, and a provision for electronic signatures. Let me know if any of these additional terms are problematic.

**From:** themahadys@gmail.com [mailto:themahadys@gmail.com] **On Behalf Of** Susana Mahady
**Sent:** Tuesday, April 28, 2015 10:21 PM
**To:** Phyl Grace
**Subject:** RE: Langer v. Anderson, Byrdie

Yes

On Apr 28, 2015 9:50 PM, "Phyl Grace" <PhylG@potterhandy.com> wrote:

Do you have authority for 7k?

**From:** Susana Mahady [mailto:smahady@mahadylaw.com]
**Sent:** Tuesday, April 28, 2015 6:02 PM
**To:** Phyl Grace
**Subject:** RE: Langer v. Anderson, Byrdie

Hi Phyl,
Please let me know if we can meet in the middle.
Thanks
Susana

**Susana M. Mahady** |Attorney at Law
LAW OFFICES OF SUSANA M. MAHADY
4365 Executive Drive, Suite 1460
San Diego, CA 92121
Tel: 858.526.3050 | Fax: 858.526.3055
smahady@mahadylaw.com|www.mahadylaw.com

*This e-mail and any attachments contain confidential information that may be protected by the attorney-client privilege and/or the work product doctrine. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and delete the message and any attachments. Circular 230 Notice: In compliance with U.S. Treasury Regulations, please be advised that any tax advice given herein (or in any attachment) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.*

 Please consider the environment before printing this e-mail.

**From:** Phyl Grace [mailto:PhylG@potterhandy.com]
**Sent:** Monday, April 27, 2015 10:47 PM
**To:** Susana Mahady
**Subject:** RE: Langer v. Anderson, Byrdie

Our counteroffer is $8,000 and remediation.

1

**Susana Mahady**

To: Phyl Grace
Subject: RE: Langer v. Anderson, Byrdie

**From:** Phyl Grace [mailto:PhylG@potterhandy.com]
**Sent:** Wednesday, April 22, 2015 10:16 PM
**To:** Susana Mahady
**Subject:** RE: Langer v. Anderson, Byrdie

Thank you Susana. Our counteroffer is $9,000 and remediation.

**From:** Susana Mahady [mailto:smahady@mahadylaw.com]
**Sent:** Tuesday, April 21, 2015 12:44 PM
**To:** Phyl Grace
**Subject:** RE: Langer v. Anderson, Byrdie

Hi Phyl,
My clients have agreed to increase the offer to $5,250 which adequately compensates your client for any alleged damages and also covers your costs. Compliance has been achieved. Please advise if acceptable.
Thank you,
Susana


**Susana M. Mahady** | Attorney at Law

LAW OFFICES OF SUSANA M. MAHADY
4365 Executive Drive, Suite 1460
San Diego, CA 92121
Tel: 858.526.3050 | Fax: 858.526.3055
smahady@mahadylaw.com | www.mahadylaw.com

*This e-mail and any attachments contain confidential information that may be protected by the attorney-client privilege and/or the work product doctrine. If you have received this e-mail in error, please immediately notify the sender by reply e-mail and delete the message and any attachments.* **Circular 230 Notice**: *In compliance with U.S. Treasury Regulations, please be advised that any tax advice given herein (or in any attachment) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed herein.*

 Please consider the environment before printing this e-mail.

**From:** Phyl Grace [mailto:PhylG@potterhandy.com]
**Sent:** Tuesday, April 21, 2015 10:53 AM
**To:** Susana Mahady
**Subject:** RE: Langer v. Anderson, Byrdie

Susana:

Our client would be allowed to recover the same damages and reimbursement on this property as they did on the other property. Each case is individual and similar work has been done. Oftentimes we can work out something with our clients to settle a matter, as we did with the last case. Other times, we discount our fees significantly to work out a settlement. The problem arises because your clients were on notice of obligations on all the properties owned, not just the last one we resolved. This case would warrant $4,000 in damages and attorney fees/costs. Costs alone are approximately $1,000, with filing fees, research and investigation fees, and service fees.

Nonetheless, our counteroffer is $9,500, and remediation.

1